

Harry MITCHELL, Appellant, v. A. C. ADER-HOLD, Warden of the United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6461.

Circuit Court of Appeals, Fifth Circuit.

Feb. 19, 1932.

Harry Mitchell, of Atlanta, Ga., in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Maceo v. United States (C. C. A.) 46 F.(2d) 788, the judgment is affirmed.

MORRIS & CUMINGS DREDGING COMPANY, Libelant-Appellee, v. SAMUEL ROSOFF CO., Inc., Respondent-Appellee, and Tuarr Contracting Company, Inc., Respondent-Impleaded-Appellant.

No. 92.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1931.

Single & Hill, of New York City (Forrest E. Single, of New York City, of counsel), for appellant.

James D. Carpenter, Jr., of Jersey City, N. J. (Charles W. Hagen, of New York City, of counsel), for libelant-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Libelant-Appellant, v. UNITED STATES of America, Respondent-Appellee.

UNITED STATES of America, Cross-Libelant Appellee, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Cross-Respondent Appellant.

Nos. 65, 66.

Circuit Court of Appeals, Second Circuit.

Nov. 16, 1931.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and Leonard J. Matteson, both of New York City, of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.

In the Matter of Peter POULOS and Peter Millionas Trading as NEW YORK CELERY COMPANY, Bankrupts. Irving Trust Company, as Trustee, Appellant.

No. 237.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

Ward & Palzer, of New York City (Nathaniel J. Palzer and Michael S. Gleason, both of New York City, of counsel), for appellant.

Morris Kohn, of New York City, for bankrupt.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order, 53 F.(2d) 385, affirmed on the authority of Willis v. Hart, 11 F.(2d) 530 (C. C. A. 5).